UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) No.
)
JACQUELINE M. PERRY, )
) 4:16CR230 NAB
Defendant. )

**FILED**
JUN -7 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## MISDEMEANOR INFORMATION

The United States Attorney Charges that:

On or about May 31, 2013, within the Eastern District of Missouri,

**JACQUELINE M. PERRY**

the defendant herein, did embezzle, steal, purloin, and knowingly convert to her use money of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof, to wit: government funds in the amount of $710.00, contributing to a total overpayment of $55,957.46.

In violation of Title 18, United States Code, Section 641.

Respectfully submitted,
RICHARD CALLAHAN
United States Attorney

*[signature]*
TRACY L. BERRY 014753 TN
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

UNITED STATES OF AMERICA   )
EASTERN DIVISION   )
EASTERN DISTRICT OF MISSOURI   )

    I, Tracy L. Berry, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____
TRACY L. BERRY

Subscribed and sworn to before me this 7th day of June 2016.

_____
CLERK, U.S. DISTRICT COURT

By: _____
      DEPUTY CLERK